CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Civil/Criminal No.: _____25-342 (RC)_____ |
| ) | |
| ERIC M. SMITH ) | |
| ) | |

### NOTE FROM JURY

WE ARE AT AN IMPASSE. THERE ARE JURORS WITH DIVERGENT OPINIONS WHO HAVE INDICATED STRONGLY HELD VIEWS THAT CURRENTLY WILL NOT CHANGE IN DELIBERATION. ONE JUROR HAS INDICATED THAT THEY DO NOT FEEL ABLE TO RENDER A VERDICT AT ALL, REGARDLESS OF FURTHER DEVELOPMENTS.

PLEASE ADVISE ON HOW TO PROCEDE.

Date: _06/12/26_

Time: _1:09_

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Civil/Criminal No.: _____ 25-342 (RC) _____ |
| | ) | |
| ERIC M. SMITH | ) | |
| | ) | |

### NOTE FROM JURY

THERE IS ONE JUROR WHO INDICATES THAT THEY ARE, REGARDLESS OF WHETHER THE FACTS SUPPORT A GUILTY VERDICT, UNABLE TO RENDER THAT VERDICT BASED ON A MORAL/ETHICAL OBJECTION.

Date: 6/12/26

Time: 3:35 pm

FOREPERSON

CO 109A - Rev. 3/2010

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
VS. )          Civil/Criminal No.: _____25-342 (RC)_____
)
ERIC M. SMITH )
)

### NOTE FROM JURY

THERE ARE JURORS W/ CONFLICTING TRAVEL STARTING NEXT WEEK.

JUROR A IS TRAVELING OUT OF STATE ON A PREBOOKED FLIGHT ON SUNDAY.

JUROR B IS TRAVELLING OUT OF THE COUNTRY ON A PREBOOKED FLIGHT ON WEDNESDAY.

JUROR C IS TRAVELLING OUT OF THE STATE ON A PREBOOKED FLIGHT ON THURSDAY.

JUROR D HAS A CONFLICT (GRADUATION) ON MONDAY.

Date: 6/12/26

Time: 4:00 PM

_____
FOREPERSON